UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| STEVEN AUBREY BURNETTE | CIVIL ACTION NO. 05-1804-A |
| | SECTION "P" |
| -vs- | JUDGE DRELL |
| BUREAU OF PRISONS, et al. | MAGISTRATE JUDGE KIRK |

J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by petitioner, and having determined the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Plaintiff's Motion for a Temporary Restraining Order [Doc. 5] is DENIED and DISMISSED.

It is further noted that in a Memorandum Order (Doc. 14) the Magistrate Judge directed Plaintiff to amend his complaint/petition. However, on December 8, 2005, a separate order, correctly denying an evidentiary hearing, indicated that new claims or evidence may not be submitted. To clarify this situation,

IT IS ORDERED that complainant is given until December 23, 2005 (instead of December 15, 2005) to amend as previously ordered by the Magistrate Judge,

to restate in such amendment all claims as he believes he has, and to provide proof of exhaustion as previously ordered by the Magistrate Judge. No further amendments will be allowed. After December 23, 2005, the matter will be considered by the Magistrate Judge, following the usual rules and practices in these cases.

SIGNED on this 8th day of December, 2005, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge