U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

MAR 2 5 2009

ROBERT H. SHEMWELL, CLERK
BY _____
     DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| STEVEN AUBREY BURNETTE, <br> Plaintiff | CIVIL ACTION <br> SECTION "P" <br> NO. 05-1804-A |
| VERSUS | |
| U.S. BUREAU OF PRISONS, et al., <br> Defendants | JUDGE DEE D. DRELL <br> MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Burnette's motions for injunctive relief are DENIED AS MOOT.

THUS ORDERED AND SIGNED in Chambers at ALEXANDRIA, Louisiana, on this 24th day of MARCH, 2009.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE