

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| STEVEN AUBREY BURNETTE,<br>Plaintiff<br><br>VERSUS<br><br>BUREAU OF PRISONS, et al.,<br>Defendants | CIVIL ACTION<br>SECTION "P"<br>NO. CV05-1804-A<br><br><br>JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that defendants' motion to dismiss (Doc. 189) is GRANTED.

IT IS FURTHER ORDERED that Burnette's action against the Bureau of Prisons, the United States, Harley Lappin, Ronald G. Thompson, Robert Tapia, Frederick Menifee, Dr. Passao, Randy Brandt, Bynum, Mr. Taylor, Stephen Dixon, Diane Pruett Dixon, B. Bordelon, John Feeney, Elezar, Garcia, and Milton B. White is DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at ALEXANDRIA, Louisiana, on this 26 day of MARCH, 2009.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE