U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN 1 0 2009

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| STEVEN AUBREY BURNETTE, Plaintiff | CIVIL ACTION SECTION "P" NO. CV05-1804 |
| VERSUS | |
| BUREAU OF PRISONS, Defendants | JUDGE DEE D. DRELL MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that defendants' motion to dismiss and motion for summary judgment (Doc. 234) is DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 9th day of June, 2009.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE