RECEIVED
IN ALEXANDRIA, LA.

JUL 08 2009

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| STEVEN AUBREY BURNETTE | CIVIL ACTION NO. 1:05-cv-01804 |
| -vs- | JUDGE DRELL |
| BUREAU OF PRISONS, et al. | MAGISTRATE JUDGE KIRK |

## ORDER

On December 17, 2008 (Document No. 191), Magistrate Judge James D. Kirk denied Plaintiff's motion to re-serve John Feeney at an alternate address (Document No. 186). Plaintiff has appealed (Document No. 195).

A review of the record shows all claims against Mr. Feeney were dismissed by Judgment dated March 26, 2009 (Document No. 232). Thus, there is no need to serve him. Accordingly,

Plaintiff's appeal (Document No. 195) is DENIED.

SIGNED on this 7th day of July, 2009, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE