RECEIVED
IN ALEXANDRIA, LA.

JUL 0 8 2009

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| STEVEN AUBREY BURNETTE | CIVIL ACTION NO. 1:05-cv-01804 |
| -vs- | JUDGE DRELL |
| BUREAU OF PRISONS, et al. | MAGISTRATE JUDGE KIRK |

## ORDER

In the current appeal (Document No. 270), Plaintiff complains Magistrate Judge James D. Kirk ruled on "Defendants' Motion for Protective Order" (Document No. 254) before considering Plaintiff's opposition to the motion (Document No. 264). Mr. Burnette further contends the June 17, 2009 Order (Document No. 259) granting "Defendants' Motion for Protective Order" in part and denying it in part unfairly limits his ability to conduct meaningful discovery.

A review of the record, including Plaintiff's opposition memorandum, reveals the Magistrate Judge's Order at issue complies with Fed. R. Civ. P. 33 as well as LR33.1W. Accordingly,

Plaintiff's appeal (Document No. 270) is DENIED.

SIGNED on this 7th day of July, 2009, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE