RECEIVED
IN ALEXANDRIA, LA

JAN 15 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| STEVEN AUBREY BURNETTE,<br>　　　　Plaintiff | CIVIL ACTION<br>SECTION "P"<br>NO. 05-CV-1804 |
| VERSUS | |
| BUREAU OF PRISONS, et al.,<br>　　　　Defendants | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

O R D E R

In two motions to compel **(Docs. 326, 341)**, Burnette asks this court to compel defendants to produce emails sent between SAUSA Gerard Rawls and SIA Townsend pertaining to the June 2004 surveillance video. Defendants contend that one email, the only email, has been produced and provided to Burnette (Doc. 346). Therefore, Burnette's motion to compel is DENIED AS MOOT as to the requested email.

Burnette also asks the court to compel defendants to allow him to view the June 9, 2004 surveillance video (from case file No. 4257) **(Docs. 326, 341)**. Defendants contend that has recently been provided for him to view (Doc. 346, 365). Therefore, Burnette's motion is DENIED AS MOOT as to this item. Burnette also requests a copy be provided to his mother (Doc. 346, 352), so she can take it to an electronics expert for analysis. That request is being dealt with in a separate order.

Burnette further requests a video from September 8, 2009,

which was seized by the Office of the Inspector General and the U.S. Attorney's Office **(326, 341)**. Defendants contend this video has recently been obtained and will be provided for him to view (Doc. 365). Therefore, Burnette's motion is DENIED AS MOOT as to this item.

Burnette asks this court to compel defendants to produce full sized copies of the photos requested in discovery, rather than copies that are reduced in size and distorted to a very poor quality **(Doc. 326, 341)**. That request is GRANTED and defendants are ORDERED to provide Burnette with copies of the photos requested which are of the same size and quality as the originals or state in writing that they have already done so.

Burnette asks this court to compel defendants to produce the photos or surveillance videos from 10/13/04 through 10/21/04 which show Burnette in the strip cell to which he was assigned (**Doc. 326**). Defendants contend those surveillance videos no longer exist (Doc. 346). Therefore, Burnette's motion is DENIED as to this request.

Burnette also asks this court to compel defendants to produce a threat assessment from case file No. 4257, the original contractor work order for work performed by the door company which adjusted the sliding doors in the SHU between September and November 2004, the October 19, 2004 duty officer report by Freas regarding the cage dispute, and past (prior to modifications) and

2

current photos of the inside of SHU strip cell 101L (Doc. 326). Defendants contend these documents and photographs do not, or no longer, exist (Doc. 346). Therefore, Burnette's motion is DENIED as to these requests.

THUS DONE AND SIGNED in Alexandria, Louisiana, on this 14th day of January, 2010.

JAMES D. KIRK
UNITED STATES MAGISTRATE JUDGE