RECEIVED IN ALEXANDRIA, LA.
AUG - 3 2010
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| STEVEN AUBREY BURNETTE, | CIVIL ACTION |
| Plaintiff | SECTION "P" |
| | NO. CV05-1804 |
| VERSUS | |
| BUREAU OF PRISONS, et al., | JUDGE DEE D. DRELL |
| Defendants | MAGISTRATE JUDGE JAMES D. KIRK |

# J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Burnette's "motion to vacate judgment of dismissal" (Doc. 521), motion for settlement conference hearing transcript at government's expense and stay pending disposition" (Doc. 522), and motion for preliminary injunction and motion for restraining order" (Doc. 524) are DENIED AS MOOT AND DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Burnette's motion to withdraw (Doc. 510) is GRANTED and that his motion compel (Doc. 509) is DENIED AND WITHDRAWN.

IT IS FURTHER ORDERED that the parties' joint motion to dismiss (Doc. 525) is GRANTED and this ACTION IS DISMISSED IN ITS

ENTIRETY AS AGAINST ALL REMAINING DEFENDANTS.

THUS ORDERED AND SIGNED in Chambers at ALEXANDRIA, Louisiana, on this 2ND day of AUGUST, 2010.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE